# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Pamela Yates**
        Plaintiff
  vs.                              CASE NUMBER: 5:11-CV-1020 (DNH)

**Carolyn W. Colvin, Acting Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's decision denying plaintiff disability benefits is REVERSED and this matter is REMANDED solely for calculation of benefits for Pamela Yates.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 8th day of August, 2013.

DATED: August 8, 2013

                                                Clerk of Court

                                                s/

                                                Joanne Bleskoski
                                                Deputy Clerk