UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



SEP 24 2013

PAMELA YATES,

Plaintiff,

Civil Action No. 11-1020

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

CONSENT ORDER FOR PAYMENT
OF FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Defendant.

This matter having been opened to the Court by Howard Olinsky, Esq., of Olinsky Law Group, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Richard S. Hartunian, United States Attorney, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of five thousand nine hundred fifty-six dollars ($5,956.00) in attorney fees, plus thirteen dollars and sixty five cents in costs and one hundred and twelve dollars in expenses ($13.65 in costs and $112.00 in expenses). The fees are payable to plaintiff, but if plaintiff does not owe a debt subject to offset, they are payable to the attorney; the Court having reviewed the record in this matter;

IT IS on this 24th day of September 2013;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of five thousand nine hundred fifty-six dollars ($5,956.00) in attorney fees, plus thirteen dollars and sixty five cents in costs and one hundred and twelve dollars in expenses ($13.65 in costs and $112.00 in expenses). The fees are payable to plaintiff, but if plaintiff does not owe a debt subject

to offset, they are payable to the attorney.

ORDERED that the within matter is dismissed with prejudice.

Utica, N.Y.

_____
Hon. David N. Hurd, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

        Richard S. Hartunian
        United States Attorney

By:   */s/ Sixtina Fernandez*
       Sixtina Fernandez
       Special Assistant U.S. Attorney
       Bar No. 513910

       Olinsky Law Group
       300 S. State Street, Ste 520
       Syracuse, NY 13202-2060

By:   */s/ Howard Olinsky* by S.F.
       Howard Olinsky, Esq
       Attorney for Plaintiff